No. 571. ROYAL INDEMNITY CO. ET AL. *v.* ANDREW, SUPERINTENDENT OF BANKING OF IOWA, AS RECEIVER. March 3, 1930. Petition for writ of certiorari to the Supreme Court of Iowa denied. *Mr. Casper Schenk* for petitioners. No appearance for respondent.

No. 572. AMERICAN SURETY CO. *v.* MULLENDORE, RECEIVER. March 3, 1930. Petition for writ of certiorari to the Supreme Court of Montana denied. *Mr. Sterling M. Wood* for petitioner. *Messrs. Charles H. Loud* and *William B. Leavitt* for respondent.

No. 575. MOFFETT ET AL. *v.* UNITED STATES. March 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Isaac Lobe Strauss* and *Edgar Allan Poe* for petitioners. *Attorney General Mitchell, Assistant Attorney General Youngquist,* and *Messrs. Claude R. Branch* and *Mahlon D. Kiefer* for the United States.

No. 576. CALDWELL *v.* UNITED STATES. March 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Mark Goode* for petitioner. *Attorney General Mitchell, Assistant Attorney General Luhring, Messrs. Claude R. Branch, Harry S. Ridgely,* and *W. Marvin Smith* for the United States.

No. 577. CALDWELL *v.* UNITED STATES. March 3, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. Mark Goode*